UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OYSTER HR, INC.,

                        Plaintiff,

                                                 24-cv-2302 (PKC)

        -against-                              ORDER

eTeam, Inc.,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        1.      Defendant eTeam shall produce all non-privileged, non-work product documents responsive to plaintiff's First Request for Production of Documents dated April 22, 2024 within 21 days of this Order;

        2.      Defendant eTeam shall provide the information required by Local Civil Rule 26.2 within 21 days of this Order;

        3.      If defendant eTeam does not fully comply with this Order within the time period specified in paragraphs 1 and 2 above, plaintiff may apply for the full range of sanctions provided for in Rule 37, Fed. R. Civ. P., including but not limited the striking of eTeam's answer and the entry of a default judgment against it.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 20, 2024